**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOSE EDUARDO SUAREZ GRANDA, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | No.  2:26-cv-1615 |
| | : | |
| JOHN RIFE, *Acting Field Office Director of* | : | |
| *Enforcement and Removal Operations,* | : | |
| *Philadelphia Field Office, Immigration and* | : | |
| *Customs Enforcement*; JAMAL L. JAMISON, | : | |
| *Warden of Philadelphia Federal Detention Center,* | : | |
| Respondents. | : | |

**O R D E R**

**AND NOW,** this 13th day of March, 2026, upon consideration of Petitioner Jose Eduardo

Suarez Granda's Petition for Writ of Habeas Corpus, *see* ECF No. 1, **IT IS ORDERED THAT**:

1.      Petitioner SHALL promptly serve the Office of the United States Attorney by email

at the following addresses: desiree.wilkins@usdoj.gov, anthony.stjoseph@usdoj.gov,

susan.becker@usdoj.gov, and gregory.david@usdoj.gov.

2.      **No later than March 18, 2026**, Respondents SHALL file an expedited response to

the Petition, along with any exhibits, copies of all relevant documents, and an index of

exhibits/documents.  The response shall state the statutory authority for Petitioner's detainment and

provide the related legal analysis and record evidence supporting the asserted statutory basis for

detention.  The response shall also address whether a bond hearing is required and whether the

petition for writ of habeas corpus may be decided on the papers.

3.      **No later than March 20, 2026**, Petitioner may file a reply to the response.  If

Petitioner has not already done so, Petitioner shall advise whether a bond hearing is required and

whether the petition for writ of habeas corpus may be decided on the papers.

4.      Petitioner SHALL NOT be transferred outside the Commonwealth of Pennsylvania while the above-captioned action is pending.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

031326